ORIGINAL

**William Dubinsky & Sons, Inc., dba**
**Dubinsky, Musto & Parmelee**
Complete Line of Fresh Cut Produce
**Wholesale Fruit and Produce**
101 RESERVE ROAD • HARTFORD, CONNECTICUT 06114
TEL. (860) 522-7164 • FAX (860) 522-5560

INVOICE NO.
480483
a Cry

SOLD TO: _City Fruit_

ADDRESS: _____

5/25 _____ 20 ___

| | FOR INTERNAL USE ONLY | ACCOUNT # | | | PURCHASE ORDER # | | |
|---|---|---|---|---|---|---|---|
| | ✔ | QTY. | BRAND | UOM | DESCRIPTION | UNIT PRICE | AMOUNT |
| 1 | X | 10 | | | Z.Le | 8 50 | |
| 2 | X | 8 | ctn | Celery | 13 74 | 20 |
| 3 | X | 6 | 10# | sliced Mush | 10 50 | |
| 4 | X | 1 | Cup | Brussel Spr | 21 75 | |
| 5 | X | 2 | | Flour | 12.20 | |
| 6 | X | 1 | crate | Basil | 16 — | |
| 7 | X | 1 | Bag | Basil | 8 — | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |

OUR GOODS BEING OF A PERISHABLE NATURE ARE AT THE RISK OF THE PURCHASER AFTER BEING DELIVERED. NOT RESPONSIBLE FOR ANY SHORTAGES.

OUR TERMS OF PAYMENT ARE WITHIN (10) DAYS FROM DATE OF ACCEPTANCE. IN THE EVENT THIS INVOICE IS PLACED FOR COLLECTION, CUSTOMER AGREES TO PAY ALL COURT COSTS INCLUDING REASONABLE ATTORNEY'S FEES.

**TOTAL**

X _____
RECEIVED BY

SPECIAL INSTRUCTIONS:

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5 (c) of the Perishable Agricultural Commodities Act,

ORIGINAL



**William Dubinsky & Sons, Inc., dba**
*Dubinsky, Musto & Parmelee*
**Complete Line of Fresh Cut Produce**
**Wholesale Fruit and Produce**
101 RESERVE ROAD • HARTFORD, CONNECTICUT 06114
TEL. (860) 522-7164 • FAX (860) 522-5560

**INVOICE NO.**
480452

*City Fruit* _____ 9/27/2 20___

SOLD TO: _____

ADDRESS: _____

| FOR INTERNAL USE ONLY | | ACCOUNT # QTY | BRAND | UOM | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | X | 1 | | | cell pepper | 14,v | |
| 2 | X | 1 | | 4 cs | dill | 6,v | |
| 3 | X | 2 | | 4/1 | garlic | 26,v | |
| 4 | X | 12 | | 5# | carrot | 8,v | |
| 5 | X | 7 | | 2/5 | spinach | 13,v | |
| 6 | X | 12 | | | green banana | 7,v | |
| 7 | X | 10 | | | cell lettuce | 17,v | |
| 8 | X | 5 | | Chs | Remaine | 10,50 | |
| 9 | X | 3 | | | lime | 5,— | |
| 10 | X | 8 | | Chs | celery | 13,— | |
| 11 | X | 10 | | | pepper | 8,— | |
| 12 | X | 10 | | | mush | 11,— | |
| 13 | X | 2 | | | chives | 12,— | |
| 14 | X 1 | 1 | | | 5# sundried T— | 16,v | |
| 15 | X | 2 | | | gourds | 12,v | |
| 16 | X | 2 | | | mini pineapple | 12,v | |

OUR GOODS BEING OF A PERISHABLE NATURE ARE AT THE RISK OF THE PURCHASER AFTER BEING DELIVERED. NOT RESPONSIBLE FOR ANY SHORTAGES.

OUR TERMS OF PAYMENT ARE WITHIN (10) DAYS FROM DATE OF ACCEPTANCE. IN THE EVENT THIS INVOICE IS PLACED FOR COLLECTION, CUSTOMER AGREES TO PAY ALL COURT COSTS INCLUDING REASONABLE ATTORNEY'S FEES.

**TOTAL**

X _____

SPECIAL INSTRUCTIONS:

RECEIVED BY
The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5 (c) of the Perishable Agricultural Commodities Act.

ORIGINAL



**William Dubinsky & Sons, Inc., dba**
**Dubinsky, Musto & Parmelee**
Complete Line of Fresh Cut Produce
**Wholesale Fruit and Produce**
101 RESERVE ROAD • HARTFORD, CONNECTICUT 06114
TEL. (860) 522-7164 • FAX (860) 522-5560

**INVOICE NO.**
**474223**

*City Fruit*                    9/25/   20___

SOLD TO: _____

ADDRESS: _____

| | FOR INTERNAL USE ONLY | ACCOUNT # | | | PURCHASE ORDER # | | | |
|---|---|---|---|---|---|---|---|---|
| | ✓ | QTY | BRAND | UOM | DESCRIPTION | UNIT PRICE | AMOUNT | |
| 1 | X | 5 | | Bu | Red pepper | 21 50 | | |
| 2 | X | 10 | | Ctn | Romaine | 12 50 | | |
| 3 | 10 | 50 | | Bsy | Sic. T | 800 | | |
| 4 | | | | | | | | |
| 5 | | | | | | | | |
| 6 | | | | | | | | |
| 7 | | | | | | | | |
| 8 | | | | | | | | |
| 9 | | | | | | | | |
| 10 | | | | | | | | |
| 11 | | | | | | | | |
| 12 | | | | | | | | |
| 13 | | | | | | | | |
| 14 | | | | | | | | |
| 15 | | | | | | | | |
| 16 | | | | | | | | |

OUR GOODS BEING OF A PERISHABLE NATURE ARE AT THE RISK OF THE PURCHASER
AFTER BEING DELIVERED. NOT RESPONSIBLE FOR ANY SHORTAGES.

OUR TERMS OF PAYMENT ARE WITHIN (10) DAYS FROM DATE OF ACCEPTANCE. IN THE EVENT
THIS INVOICE IS PLACED FOR COLLECTION, CUSTOMER AGREES TO PAY ALL COURT COSTS
INCLUDING REASONABLE ATTORNEY'S FEES.

**TOTAL**

X _____
          RECEIVED BY

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5 (c) of the Perishable Agricultural Commodities Act,

SPECIAL INSTRUCTIONS:

ORIGINAL

**D M P**

**William Dubinsky & Sons, Inc., dba**
**Dubinsky, Musto & Parmelee**
**Complete Line of Fresh Cut Produce**
**Wholesale Fruit and Produce**
101 RESERVE ROAD • HARTFORD, CONNECTICUT 06114
TEL. (860) 522-7164 • FAX (860) 522-5560

INVOICE NO.

AUG 484357

City Fru.t

10/17/_ 20__

SOLD TO: _____

ADDRESS: _____

| | FOR INTERNAL USE ONLY | ACCOUNT # | QTY | BRAND | UOM | DESCRIPTION | PURCHASE ORDER # | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | X | | 3 | | | Red Cabbg | | 5— | |
| 2 | ✗ | | 30 | | A | lettup | | 1250 | (195.00) |
| 3 | ✗ | | 15 | S.Saint | | iceb lettuce | | 14— | |
| 4 | ✗ | | 10 | Ex | | Romains | | 1350 | |
| 5 | X | | 10 | | | peppers | | 550 | |
| 6 | ✗ | | 3 | | | Romaine hearts | | 165 | |
| 7 | X | | 20 | | M. | Mush | | 11 o | |
| 8 | X | | 2 | 3 ct | | W. Melon | | 2400 | |
| 9 | X | | 12 | | 10# | carrot | | 800 | |
| 10 | X | | 8 | CAN | | Celery | | 1450 | |
| 11 | ✗ | | 3 | | | Collo Slaw | | 700 | |
| 12 | X | | .5 | | | Zuly | | 1050 | |
| 13 | X | | 5 | | sl | Mush | | 1350 | |
| 14 | X | | 2 | | | Cole Mash | | 550 | |
| 15 | X | | 2 | | | 4/1 garlic | | 2600 | |
| 16 | X | | 2 | | Yellow | Red Bit | | 1975 | |

OUR GOODS BEING OF A PERISHABLE NATURE ARE AT THE RISK OF THE PURCHASER
AFTER BEING DELIVERED. NOT RESPONSIBLE FOR ANY SHORTAGES.

OUR TERMS OF PAYMENT ARE WITHIN (10) DAYS FROM DATE OF ACCEPTANCE. IN THE EVENT
THIS INVOICE IS PLACED FOR COLLECTION, CUSTOMER AGREES TO PAY ALL COURT COSTS
INCLUDING REASONABLE ATTORNEY'S FEES.

**TOTAL**

X _____
RECEIVED BY

SPECIAL INSTRUCTIONS:

1505.50

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5 (c) of the Perishable Agricultural Commodities Act,

ORIGINAL

**William Dubinsky & Sons, Inc., dba**
*Dubinsky, Musto & Parmelee*
**Complete Line of Fresh Cut Produce**
**Wholesale Fruit and Produce**
101 RESERVE ROAD • HARTFORD, CONNECTICUT 06114
TEL. (860) 522-7164 • FAX (860) 522-5560

INVOICE NO.
484371

*City Fruit*

10/18/20_____ 20_____

SOLD TO: _____

ADDRESS: _____

| FOR INTERNAL USE ONLY | | ACCOUNT # | | | PURCHASE ORDER # | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | QTY | BRAND | UOM | DESCRIPTION | | UNIT PRICE | AMOUNT | |
| 1 | X | 1 | | | Romaine heart | | 16.5 | | |
| 2 | X | 2 | | | Red Cabbage | | 5.0 | | |
| 3 | X | 1 | | 5# | Sundried T | | 16.5 | | |
| 4 | X | 12 | | | Bananas | | 5.00 | | |
| 5 | X | 1 | | 4oz | Alfalfa | | 6.5 | | |
| 6 | X | 3 | | (5) | portabella | | 7.5 | | |
| 7 | X | 1 | | | Celery | | 13.5 | | |
| 8 | X | 5 | | | Zuke | | 12.5 | | |
| 9 | X | 3 | | | Eggplant | | 14.5 | | |
| 10 | X | 1 | | 4/1 | g g 2/10 | | 26.5 | | |
| 11 | X | 15 | | (10) | Mush | | 11.00 | | |
| 12 | X | 1 | | | 2/5 Spinach | | 13.5 | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |

OUR GOODS BEING OF A PERISHABLE NATURE ARE AT THE RISK OF THE PURCHASER AFTER BEING DELIVERED. NOT RESPONSIBLE FOR ANY SHORTAGES.

**TOTAL**

**OUR TERMS OF PAYMENT ARE WITHIN (10) DAYS FROM DATE OF ACCEPTANCE.** IN THE EVENT THIS INVOICE IS PLACED FOR COLLECTION, CUSTOMER AGREES TO PAY ALL COURT COSTS INCLUDING REASONABLE ATTORNEY'S FEES.

X _____
RECEIVED BY

SPECIAL INSTRUCTIONS:

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5 (c) of the Perishable Agricultural Commodities Act,

ORIGINAL

**William Dubinsky & Sons, Inc., dba**
*Dubinsky, Musto & Parmelee*
**Complete Line of Fresh Cut Produce**
**Wholesale Fruit and Produce**
101 RESERVE ROAD • HARTFORD, CONNECTICUT 06114
TEL. (860) 522-7164 • FAX (860) 522-5560

INVOICE NO.
485027

SOLD TO: _City Fruit_

_10/25_ 20___

ADDRESS: _____

| | FOR INTERNAL USE ONLY | ACCOUNT # | QTY | BRAND | UOM | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | X | | 8 | | | Cello Spinach | 7 00 | |
| 2 | X | | 1 | | | Romaine heart | 16 50 | |
| 3 | X | | 10 | | (m) | parsley | 11 — | |
| 4 | X | | 10 | ca | | Romaine | 13 00 | |
| 5 | X | | 1 | | 4/1 | garlic | 26 00 | |
| 6 | X | | 2 | | | yams | 15 50 | |
| 7 | X | | 3 | | | Eggplant | 15 50 | |
| 8 | X | | 2 | | | Sugar pumpkins | 12 50 | |
| 9 | X | | 10 | | | St. pepper | 11 50 | |
| 10 | | | | | | | | |
| 11 | | | | | | | | |
| 12 | | | | | | | | |
| 13 | | | | | | | | |
| 14 | | | | | | | | |
| 15 | | | | | | | | |
| 16 | | | | | | | | |

OUR GOODS BEING OF A PERISHABLE NATURE ARE AT THE RISK OF THE PURCHASER
AFTER BEING DELIVERED. NOT RESPONSIBLE FOR ANY SHORTAGES.

OUR TERMS OF PAYMENT ARE WITHIN (10) DAYS FROM DATE OF ACCEPTANCE. IN THE EVENT
THIS INVOICE IS PLACED FOR COLLECTION, CUSTOMER AGREES TO PAY ALL COURT COSTS
INCLUDING REASONABLE ATTORNEY'S FEES.

**TOTAL**

X _____

RECEIVED BY

SPECIAL INSTRUCTIONS:

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5 (c) of the Perishable Agricultural Commodities Act,

ORIGINAL

**William Dubinsky & Sons, Inc., dba**
**Dubinsky, Musto & Parmelee**
Complete Line of Fresh Cut Produce
Wholesale Fruit and Produce
101 RESERVE ROAD • HARTFORD, CONNECTICUT 06114
TEL. (860) 522-7164 • FAX (860) 522-5560

**INVOICE NO.**
489565

SOLD TO: _City Fruit_

Date: 10/26/ 20___

ADDRESS: _____

| | FOR INTERNAL USE ONLY | ACCOUNT # | BRAND | UOM | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | X | 2 | | 8 ct | W. mel | 15 | |
| 2 | X | 1 | | | lett | 13 | |
| 3 | X | 15 | | (4) | Mesl | 11 — | |
| 4 | X | 5 | | 8 ct | H dew | 11 | |
| 5 | X | 2 | | 4/1 | garlic | 26 | |
| 6 | X | 12 | from 10/25 | | banana | 5 | 5 |
| 7 | X | 12 | | 50# | carrot | 8 | |
| 8 | X | 10 | | | cabbage | 7 — | |
| 9 | X | 3 | | clb | spinach | 7 | |
| 10 | X | 3 | | | Eggplant | 14 | |
| 11 | X | 5 | | 6 | Mesl | 13 | |
| 12 | X | 5 | | (8) | por. tabella | 7 | |
| 13 | X | 2 | | clb | Mesl | 8 | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |

OUR GOODS BEING OF A PERISHABLE NATURE ARE AT THE RISK OF THE PURCHASER AFTER BEING DELIVERED. NOT RESPONSIBLE FOR ANY SHORTAGES.

OUR TERMS OF PAYMENT ARE WITHIN (10) DAYS FROM DATE OF ACCEPTANCE. IN THE EVENT THIS INVOICE IS PLACED FOR COLLECTION, CUSTOMER AGREES TO PAY ALL COURT COSTS INCLUDING REASONABLE ATTORNEY'S FEES.

**TOTAL**

SPECIAL INSTRUCTIONS:

X _____
RECEIVED BY

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5 (c) of the Perishable Agricultural Commodities Act,

ORIGINAL

**William Dubinsky & Sons, Inc., dba**
**Dubinsky, Musto & Parmelee**
Complete Line of Fresh Cut Produce
Wholesale Fruit and Produce
101 RESERVE ROAD • HARTFORD, CONNECTICUT 06114
TEL. (860) 522-7164 • FAX (860) 522-5560

INVOICE NO.
485228

*City Fruit*

10/23/2—20

SOLD TO: _____

ADDRESS: _____

| FOR INTERNAL USE ONLY | | ACCOUNT # | | | PURCHASE ORDER # | | | |
|---|---|---|---|---|---|---|---|---|
| ✓ | | QTY | BRAND | UOM | DESCRIPTION | UNIT PRICE | AMOUNT | |
| 1 | X | 5 | | | Zuke | 1200 | | |
| 2 | X | 2 | | | mini pk cnt | 1600 | | |
| 3 | X | 12 | | | Bananas | 1000 | | |
| 4 | X | 15 | | | Cello lettuc | 1600 | | |
| 5 | X | 5 | | | Eggplant | 1500 | | |
| 6 | X | 5 | | | limes | 5— | | |
| 7 | X | 2 | | | Kiwi | 750 | | |
| 8 | X | 5 | | 8ct | Hdew | 12— | | |
| 9 | X | 1 | | | leak | 1030 | | |
| 10 | X | 1 | | | C.Psly | 1550 | | |
| 11 | X | 5 | Ⓢ | | Mush | 13— | | |
| 12 | X | 20 | Ⓝ | | Musb | 11— | 110.00 | |
| 13 | X | 5 | Ⓑ | | portabella | 750 | | |
| 14 | X | 2 | | | Cell Mush | 950 | | |
| 15 | X | 2 | | | 4/1 garlic | 26— | | |
| 16 | X | 5 | | 140 | lemons | 000 | | |

OUR GOODS BEING OF A PERISHABLE NATURE ARE AT THE RISK OF THE PURCHASER AFTER BEING DELIVERED. NOT RESPONSIBLE FOR ANY SHORTAGES.

**OUR TERMS OF PAYMENT ARE WITHIN (10) DAYS FROM DATE OF ACCEPTANCE. IN THE EVENT THIS INVOICE IS PLACED FOR COLLECTION, CUSTOMER AGREES TO PAY ALL COURT COSTS INCLUDING REASONABLE ATTORNEY'S FEES.**

TOTAL

X _____
RECEIVED BY

SPECIAL INSTRUCTIONS:

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5 (c) of the Perishable Agricultural Commodities Act,

ORIGINAL

ODMP

**William Dubinsky & Sons, Inc., dba**
**Dubinsky, Musto & Parmelee**
Complete Line of Fresh Cut Produce
Wholesale Fruit and Produce
101 RESERVE ROAD • HARTFORD, CONNECTICUT 06114
TEL. (860) 522-7164 • FAX (860) 522-5560

INVOICE NO.

485229

SOLD TO: _City Fruit_

10/23/2000

ADDRESS: _____

| FOR INTERNAL USE ONLY | | ACCOUNT # | | | | PURCHASE ORDER # | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | QTY | BRAND | UOM | DESCRIPTION | | UNIT PRICE | AMOUNT | |
| 1 | X | | 15 | | CFC | Romaine | | 13 — | |
| 2 | | | | | | | | | |
| 3 | | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |

OUR GOODS BEING OF A PERISHABLE NATURE ARE AT THE RISK OF THE PURCHASER
AFTER BEING DELIVERED. NOT RESPONSIBLE FOR ANY SHORTAGES.

**TOTAL**

OUR TERMS OF PAYMENT ARE WITHIN (10) DAYS FROM DATE OF ACCEPTANCE. IN THE EVENT
THIS INVOICE IS PLACED FOR COLLECTION, CUSTOMER AGREES TO PAY ALL COURT COSTS
INCLUDING REASONABLE ATTORNEY'S FEES.

SPECIAL INSTRUCTIONS:

X _____
RECEIVED BY

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5 (c) of the Perishable Agricultural Commodities Act,

ORIGINAL



William Dubinsky & Sons, Inc., dba

# Dubinsky, Musto & Parmelee

**Complete Line of Fresh Cut Produce**
**Wholesale Fruit and Produce**

101 RESERVE ROAD • HARTFORD, CONNECTICUT 06114
TEL. (860) 522-7164 • FAX (860) 522-5560

INVOICE NO.

482141

SOLD TO: _City Frut_

ADDRESS: _____

10/12/02 20

| | FOR INTERNAL USE ONLY | ACCOUNT # | | | PURCHASE ORDER # | | | |
|---|---|---|---|---|---|---|---|---|
| | ✔ | QTY | BRAND | UOM | DESCRIPTION | UNIT PRICE | AMOUNT | |
| 1 | ✗ | 5 | | | Cukes | 21,50 | | |
| 2 | ✗ | 5 | | | Cello Spinl | 700 | | |
| 3 | ✗ | 12 | | | Broway | 16 — | (1,20.00) | |
| 4 | ✗ | 3 | | 15# | lope | 11,50 | | |
| 5 | ✗ | 5 | | (10) | Mush | 11 — | | |
| 6 | ✗ | 1 | | | leek | 14,50 | | |
| 7 | ✗ | 8 | | | pepper | 12 — | | |
| 8 | ✗ | 10 | CAN | | Romain | 9,50 | | |
| 9 | ✗ | (50) | | pei | chif | 600 | | |
| 10 | | | | | | | | |
| 11 | | | | | | | | |
| 12 | | | | | | | | |
| 13 | | | | | | | | |
| 14 | | | | | | | | |
| 15 | | | | | | | | |
| 16 | | | | | | | | |

OUR GOODS BEING OF A PERISHABLE NATURE ARE AT THE RISK OF THE PURCHASER AFTER BEING DELIVERED. NOT RESPONSIBLE FOR ANY SHORTAGES.

OUR TERMS OF PAYMENT ARE WITHIN (10) DAYS FROM DATE OF ACCEPTANCE. IN THE EVENT THIS INVOICE IS PLACED FOR COLLECTION, CUSTOMER AGREES TO PAY ALL COURT COSTS INCLUDING REASONABLE ATTORNEY'S FEES.

**TOTAL** ▶ 740.00

X _____
RECEIVED BY

SPECIAL INSTRUCTIONS:

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5 (c) of the Perishable Agricultural Commodities Act. 1930 (7 U.S.C.499 (e)(c). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

ORIGINAL

**William Dubinsky & Sons, Inc., dba**
*Dubinsky, Musto & Parmelee*
**Complete Line of Fresh Cut Produce**
**Wholesale Fruit and Produce**
101 RESERVE ROAD • HARTFORD, CONNECTICUT 06114
TEL. (860) 522-7164 • FAX (860) 522-5560

**INVOICE NO.**
481319

City Fruit

10/8/2220

SOLD TO: _____

ADDRESS: _____

| FOR INTERNAL USE ONLY | QTY | BRAND | UOM | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1  | X | 12 |     | 50th  | Carrot | 8 50 |  |
| 2  | X | 15 |     | (Pay) | Must   | 11 — |  |
| 3  | X | 4  |     |       | potato | 14 — |  |
| 4  | X | 12 |     | Banana | 10 00 |  |
| 5  | X | 25 | Fay | 24ct | Cell lettu | 17 50 |  |
| 6  | X | 8  |     | Lin | cely | @ N/A |  |
| 7  | X | 10 |     | Romain | 14 — |  |
| 8  | X | 2  |     | 4x11 | Carrot | 14 00 |  |
| 9  | X | 5  |     | G. Sqush | 16 50 | (82.50) |  |
| 10 | X | 5  |     | Sp | Mush | 13 00 |  |
| 11 | X | 3  |     | (B) | portbell | 7 50 |  |
| 12 | X | 9  |     | Po 14ct | lemon | 18 50 | (02.5) |  |
| 13 | X | 3  |     | 5ct | lupe | 10 — | (30.00) |  |
| 14 |   | 2  |     | 53/0 |       | N/A |  |
| 15 | X | 2  |     | 9ct | garli | N/C |  |
| 16 | X | 3  |     |     | Romane head | 17 00 |  |

OUR GOODS BEING OF A PERISHABLE NATURE ARE AT THE RISK OF THE PURCHASER AFTER BEING DELIVERED. NOT RESPONSIBLE FOR ANY SHORTAGES.

**TOTAL** 1471

OUR TERMS OF PAYMENT ARE WITHIN (10) DAYS FROM DATE OF ACCEPTANCE. IN THE EVENT THIS INVOICE IS PLACED FOR COLLECTION, CUSTOMER AGREES TO PAY ALL COURT COSTS INCLUDING REASONABLE ATTORNEY'S FEES.

SPECIAL INSTRUCTIONS:

X _____
RECEIVED BY

ORIGINAL

$O_{M_P}$

William Dubinsky & Sons, Inc., dba
*Dubinsky, Musto & Parmelee*
**Complete Line of Fresh Cut Produce**
**Wholesale Fruit and Produce**
101 RESERVE ROAD • HARTFORD, CONNECTICUT 06114
TEL. (860) 522-7164 • FAX (860) 522-5560

**INVOICE NO.**
481385

SOLD TO: _City Frost_

_18/8/_ 20 _____

ADDRESS: _____

| | FOR INTERNAL USE ONLY | | ACCOUNT # | | | | PURCHASE ORDER # | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | ✓ | | QTY | BRAND | UOM | | DESCRIPTION | | UNIT PRICE | AMOUNT | |
| 1 | | | 2 | | 2 lb | Sliced Mush | | 13,50 | | |
| 2 | | | 20 | | | Cut | | 575 | | |
| 3 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 5 | | | | | | | | | | |
| 6 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 8 | | | | | | | | | | |
| 9 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 11 | | | | | | | | | | |
| 12 | | | | | | | | | | |
| 13 | | | | | | | | | | |
| 14 | | | | | | | | | | |
| 15 | | | | | | | | | | |
| 16 | | | | | | | | | | |

OUR GOODS BEING OF A PERISHABLE NATURE ARE AT THE RISK OF THE PURCHASER
AFTER BEING DELIVERED. NOT RESPONSIBLE FOR ANY SHORTAGES.

OUR TERMS OF PAYMENT ARE WITHIN (10) DAYS FROM DATE OF ACCEPTANCE. IN THE EVENT
THIS INVOICE IS PLACED FOR COLLECTION, CUSTOMER AGREES TO PAY ALL COURT COSTS
INCLUDING REASONABLE ATTORNEY'S FEES.

X _____
RECEIVED BY

**TOTAL** ▶

SPECIAL INSTRUCTIONS:

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5 (c) of the Perishable Agricultural Commodities Act,

ORIGINAL

**William Dubinsky & Sons, Inc., dba**
**Dubinsky, Musto & Parmelee**
**Complete Line of Fresh Cut Produce**
**Wholesale Fruit and Produce**
101 RESERVE ROAD • HARTFORD, CONNECTICUT 06114
TEL. (860) 522-7164 • FAX (860) 522-5560

INVOICE NO.
481347

SOLD TO: _City Fruit_

10/4/20 20

ADDRESS: _____

| | FOR INTERNAL USE ONLY | ACCOUNT # | BRAND | UOM | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | X | 5 | | | Eggplant | 11 |  |
| 2 | X | 5 | | | Cuke Spiral | 8 | |
| 3 | X | 5 | | | Zuke | 10 | |
| 4 | X | 1 | | | 2/5 Spinach | 13 | |
| 5 | X | 15 | | (A) | Lettuce | 13.00 | 12.00 |
| 6 | X | 5 | | | Red A | 9.00 | |
| 7 | X | 1 | | | dill | 11 | |
| 8 | X | 3 | | | mini pld Cent | 16 | |
| 9 | X | 2 | | (B) | portabell | 7.50 | |
| 10 | O | 3 | | | Mush | | 3 |
| 11 | X | 10 | | (M) | Mush | 11 | |
| 12 | X | 5 | | | Sct H dew | 12.50 | |
| 13 | X | 1 | | | Cuke parsnip | 14.50 | |
| 14 | X | 8 | Prem Brand | | Romaine | 13.00 | |
| 15 | X | 30 | | | T-box Deluxe potat | 1.50 | 19.00 |
| 16 | X | 1 | | | Ct Russet | 14 | |

OUR GOODS BEING OF A PERISHABLE NATURE ARE AT THE RISK OF THE PURCHASER AFTER BEING DELIVERED. NOT RESPONSIBLE FOR ANY SHORTAGES.

OUR TERMS OF PAYMENT ARE WITHIN (10) DAYS FROM DATE OF ACCEPTANCE. IN THE EVENT THIS INVOICE IS PLACED FOR COLLECTION, CUSTOMER AGREES TO PAY ALL COURT COSTS INCLUDING REASONABLE ATTORNEY'S FEES.

**TOTAL**

X _____
RECEIVED BY

SPECIAL INSTRUCTIONS:

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5 (c) of the Perishable Agricultural Commodities Act,

ORIGINAL

**DM P**

William Dubinsky & Sons, Inc., dba
**Dubinsky, Musto & Parmelee**
Complete Line of Fresh Cut Produce
**Wholesale Fruit and Produce**
101 RESERVE ROAD • HARTFORD, CONNECTICUT 06114
TEL. (860) 522-7164 • FAX (860) 522-5560

**INVOICE NO.**
**490255**

SOLD TO: _City Fruit_     _11/2/02_ 20____

ADDRESS: _____

| | FOR INTERNAL USE ONLY | ACCOUNT # | | | PURCHASE ORDER # | | |
|---|---|---|---|---|---|---|---|
| | ✓ | QTY. | BRAND | UOM | DESCRIPTION | UNIT PRICE | AMOUNT |
| 1 | X | 1 | | | 4/1 garlic | 26 50 | |
| 2 | X | 2 | | | 48/1 carrot | 12 75 | |
| 3 | | 4 | | | 50# carrot | | |
| 4 | | 5 | | | Zobo | | |
| 5 | X | 3 | | | celle spinach | 7 50 | |
| 6 | X | 5 | | | le Nut | 13 50 | |
| 7 | X | 2 | | | mini pld carrot | 16 00 | |
| 8 | X | 15 | | | 6x6 7 | 16 — | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |

OUR GOODS BEING OF A PERISHABLE NATURE ARE AT THE RISK OF THE PURCHASER
AFTER BEING DELIVERED. NOT RESPONSIBLE FOR ANY SHORTAGES.

**TOTAL**

OUR TERMS OF PAYMENT ARE WITHIN (10) DAYS FROM DATE OF ACCEPTANCE. IN THE EVENT
THIS INVOICE IS PLACED FOR COLLECTION, CUSTOMER AGREES TO PAY ALL COURT COSTS
INCLUDING REASONABLE ATTORNEY'S FEES.

X _____

RECEIVED BY

SPECIAL INSTRUCTIONS:

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5 (c) of the Perishable Agricultural Commodities Act,

ORIGINAL



William Dubinsky & Sons, Inc., dba
# Dubinsky, Musto & Parmelee
**Complete Line of Fresh Cut Produce**
**Wholesale Fruit and Produce**
101 RESERVE ROAD • HARTFORD, CONNECTICUT 06114
TEL. (860) 522-7164 • FAX (860) 522-5560

**INVOICE NO.**

482185

*City Fruit*                                    10/13/ —20

SOLD TO: _____

ADDRESS: _____

| | FOR INTERNAL USE ONLY | ACCOUNT # | QTY | BRAND | UOM | DESCRIPTION | PURCHASE ORDER # | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | X | | 2 | | | Chh Mush | | 5 | |
| 2 | X | | 3 | | (B) | portobell | | 7 | |
| 3 | X | | 1 | | | leed | | 15 | 14 5 |
| 4 | X | | 2 | | | C. Parsly | | 13 50 | |
| 5 | X | | 1 | | | cell parsnip | | 14 | |
| 6 | X | | 1 | | | lou grauy | | 23 50 | |
| 7 | | | 6 | | | Broccoli | | — 4 | |
| 8 | | | | | | Stried Mush | | $8 | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |

OUR GOODS BEING OF A PERISHABLE NATURE ARE AT THE RISK OF THE PURCHASER AFTER BEING DELIVERED. NOT RESPONSIBLE FOR ANY SHORTAGES.

OUR TERMS OF PAYMENT ARE WITHIN (10) DAYS FROM DATE OF ACCEPTANCE. IN THE EVENT THIS INVOICE IS PLACED FOR COLLECTION, CUSTOMER AGREES TO PAY ALL COURT COSTS INCLUDING REASONABLE ATTORNEY'S FEES.

**TOTAL**

X _____
RECEIVED BY

SPECIAL INSTRUCTIONS:

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5 (c) of the Perishable Agricultural Commodities Act.

ORIGINAL



**William Dubinsky & Sons, Inc., dba**
*Dubinsky, Musto & Parmelee*
**Complete Line of Fresh Cut Produce**
**Wholesale Fruit and Produce**
101 RESERVE ROAD • HARTFORD, CONNECTICUT 06114
TEL. (860) 522-7164 • FAX (860) 522-5560

**INVOICE NO.**
**489804**

SOLD TO: _City - Fruit_  10-31-20__

ADDRESS: _____

| | FOR INTERNAL USE ONLY | ACCOUNT # | | | | PURCHASE ORDER # | | | |
|---|---|---|---|---|---|---|---|---|---|
| | ✓ | QTY | BRAND | UOM | DESCRIPTION | | UNIT PRICE | AMOUNT | |
| 1 | X | 20 | Green leaf | | Cello Lettuce | | 18 — | | |
| 2 | X | 57 | 8/3 | | Melons | | 10 50 | | |
| 3 | X | 13 | med | | Mushroom | | 11 — | | |
| 4 | X | 5 | | | Green Stuff | | 10 50 | | |
| 5 | X | 6 | | | Broccoli | | 10 — | | |
| 6 | X | 1 | 4-10# | P | Garlic | | 26 — | | |
| 7 | X | 15 | Nable | | Lettuce | | | 60 | |
| 8 | X | 2 | 4811 | | Cut Carrots | | 13 75 | | |
| 9 | X | 7 | 100 | | Lic Del | | 19 75 | | |
| 10 | X | 1 | | | Cy Peng | | 14 50 | | |
| 11 | X | 3 | 5#40S | | Lime | | 5 00 | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |

OUR GOODS BEING OF A PERISHABLE NATURE ARE AT THE RISK OF THE PURCHASER AFTER BEING DELIVERED. NOT RESPONSIBLE FOR ANY SHORTAGES.

OUR TERMS OF PAYMENT ARE WITHIN (10) DAYS FROM DATE OF ACCEPTANCE. IN THE EVENT THIS INVOICE IS PLACED FOR COLLECTION, CUSTOMER AGREES TO PAY ALL COURT COSTS INCLUDING REASONABLE ATTORNEY'S FEES.

**TOTAL** 910 25

X _____

RECEIVED BY _____

SPECIAL INSTRUCTIONS:

ORIGINAL

William Dubinsky & Sons, Inc., dba

**Dubinsky, Musto & Parmelee**

Complete Line of Fresh Cut Produce
Wholesale Fruit and Produce
101 RESERVE ROAD • HARTFORD, CONNECTICUT 06114
TEL. (860) 522-7164 • FAX (860) 522-5560

INVOICE NO.
482215

SOLD TO: _____

ADDRESS: _____

| FOR INTERNAL USE ONLY | | ACCOUNT # | | | PURCHASE ORDER # | | | |
|---|---|---|---|---|---|---|---|---|
| ✓ | | QTY | BRAND | UOM | DESCRIPTION | UNIT PRICE | AMOUNT | |
| 1 | | 15 | | Med | Mushrooms | 1250 | | |
| 2 | | 3 | | Lg | Mushrooms | 1350 | | |
| 3 | | 2 | | Baby | Peeled Carrots | 1650 | | |
| 4 | | 8 | | B | Portabella | 700 | | |
| 5 | | 6 | Gr | | Squash | 870 | | |
| 6 | | 2 | | | Yams | 1450 | | |
| 7 | | 6 | T | | Banana | 850 | | |
| 8 | | 10 | | | Cello Lettuce | 1450 | | |
| 9 | | 5 | Off | | Romaine Lettuce | 10 | | |
| 10 | | 2 | Red | | Cabbage | 700 | | |
| 11 | | 2 | 116 | | Cali Carrots | 1450 | | |
| 12 | | 5 | | 100 | Granny Smith | 2650 | | |
| 13 | | 5 | | 140 | Lemons | 1950 | | |
| 14 | | 10 | | | Peppers Int | 750 | | |
| 15 | | 15 | 24 | Sht | Cello Lett | 7 | | |
| 16 | | | | | | | | |

OUR GOODS BEING OF A PERISHABLE NATURE ARE AT THE RISK OF THE PURCHASER
AFTER BEING DELIVERED. NOT RESPONSIBLE FOR ANY SHORTAGES.

OUR TERMS OF PAYMENT ARE WITHIN (10) DAYS FROM DATE OF ACCEPTANCE. IN THE EVENT
THIS INVOICE IS PLACED FOR COLLECTION, CUSTOMER AGREES TO PAY ALL COURT COSTS
INCLUDING REASONABLE ATTORNEY'S FEES.

**TOTAL**

X _____
RECEIVED BY

SPECIAL INSTRUCTIONS:

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499 (e)(c). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and

ORIGINAL



William Dubinsky & Sons, Inc., dba
**Dubinsky, Musto & Parmelee**
Complete Line of Fresh Cut Produce
**Wholesale Fruit and Produce**
101 RESERVE ROAD • HARTFORD, CONNECTICUT 06114
TEL. (860) 522-7164 • FAX (860) 522-5560

**INVOICE NO.**

~~481~~373

SOLD TO: _City Frut_     _10/31_ 20 ___

ADDRESS: _____

| FOR INTERNAL USE ONLY | | ACCOUNT # | | | PURCHASE ORDER # | | | |
|---|---|---|---|---|---|---|---|---|
| ✓ | | QTY | BRAND | UOM | DESCRIPTION | UNIT PRICE | AMOUNT | |
| 1 | | 1 | | | Escarole | 12 — | | |
| 2 | | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |
| 5 | | | | | | | | |
| 6 | | | | | | | | |
| 7 | | | | | | | | |
| 8 | | | | | | | | |
| 9 | | | | | | | | |
| 10 | | | | | | | | |
| 11 | | | | | | | | |
| 12 | | | | | | | | |
| 13 | | | | | | | | |
| 14 | | | | | | | | |
| 15 | | | | | | | | |
| 16 | | | | | | | | |

OUR GOODS BEING OF A PERISHABLE NATURE ARE AT THE RISK OF THE PURCHASER AFTER BEING DELIVERED. NOT RESPONSIBLE FOR ANY SHORTAGES.

**TOTAL**

OUR TERMS OF PAYMENT ARE WITHIN (10) DAYS FROM DATE OF ACCEPTANCE. IN THE EVENT THIS INVOICE IS PLACED FOR COLLECTION, CUSTOMER AGREES TO PAY ALL COURT COSTS INCLUDING REASONABLE ATTORNEY'S FEES.

SPECIAL INSTRUCTIONS:

X _____     12.00
        RECEIVED BY

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5 (c) of the Perishable Agricultural Commodities Act.

ORIGINAL

**DMP**

William Dubinsky & Sons, Inc., dba

**Dubinsky, Musto & Parmelee**

Complete Line of Fresh Cut Produce
Wholesale Fruit and Produce

101 RESERVE ROAD • HARTFORD, CONNECTICUT 06114
TEL. (860) 522-7164 • FAX (860) 522-5560

**INVOICE NO.**

**490325**

SOLD TO: _City Fruit_                              11/31 20___

ADDRESS: _____

| FOR INTERNAL USE ONLY | | | ACCOUNT # | | PURCHASE ORDER # | | | |
|---|---|---|---|---|---|---|---|---|
| ✓ | | | QTY | BRAND | UOM | DESCRIPTION | UNIT PRICE | AMOUNT |
| 1 | | | 32 | | | Red pepper | 9 — | |
| 2 | | | 9 | | 72 | cran | 5 — | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |
| 5 | | | | | | | | |
| 6 | | | | | | | | |
| 7 | | | | | | | | |
| 8 | | | | | | | | |
| 9 | | | | | | | | |
| 10 | | | | | | | | |
| 11 | | | | | | | | |
| 12 | | | | | | | | |
| 13 | | | | | | | | |
| 14 | | | | | | | | |
| 15 | | | | | | | | |
| 16 | | | | | | | | |

OUR GOODS BEING OF A PERISHABLE NATURE ARE AT THE RISK OF THE PURCHASER AFTER BEING DELIVERED. NOT RESPONSIBLE FOR ANY SHORTAGES.

OUR TERMS OF PAYMENT ARE WITHIN (10) DAYS FROM DATE OF ACCEPTANCE. IN THE EVENT THIS INVOICE IS PLACED FOR COLLECTION, CUSTOMER AGREES TO PAY ALL COURT COSTS INCLUDING REASONABLE ATTORNEY'S FEES.

**TOTAL** 369.

X _____
RECEIVED BY

SPECIAL INSTRUCTIONS:

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5 (c) of the Perishable Agricultural Commodities Act,

**CITY FRUIT & PRODUCE COMPANY**
PH. 489-4108  489-8277
622 MIGEON AVENUE
TORRINGTON, CT 06790

1394

51-57
119

PAY TO THE ORDER OF _Mister_

DATE _11/5/00_

$ 5000.00

_Five thousand and 00/xx_

DOLLARS

**Fleet**
21053   Torrington Office
Torrington, Connecticut  06790

FOR _____

_Audrey Jackson_

⑈001394⑈ ⑆011900571⑆ 94155 45679⑈ ⑆0000500000⑈

---

**FLEET**

M4957153

P.B. BPT, CT 0135
221172186<
020267029 0747023966 03 11-07-00

PAY TO THE ORDER OF
PEOPLE'S BANK
CONNECTICUT
221172186
FOR DEPOSIT ONLY
d/b/a DUBINSKY, MUSTO & PARMELEE
WM. DUBINSKY & SONS, INC.
0747023966

GENTILE & DICKLER

ATTORNEYS AT LAW
15 MAIDEN LANE
NEW YORK, NY 10038

RICHARD DICKLER
PAUL T. GENTILE

(212) 962-2000
(212) 619-2700
FAX (212) 619-3626

March 5, 2003

**VIA FACSIMILE (202) 364-2731**

Mary Jean Fassett, Esq.
McCarron & Diess
The Miller Building
4910 Massachusetts Avenue, N.W.
Suite 18
Washington, DC 20016

      Re:    Wm. Dubinsky & Sons, Inc. v. City Fruit & Produce Co., LLC *et al.*
              Civil Action No.: 302 CV 01950 PCD

Dear Mary Jean:

      This letter is intended for settlement purposes only and, as such, is without prejudice.

      In response to you request for specific documentation and information affecting your client's claim and possible settlement of the case, I submit to you the following:

      1.     Invoices with forgeries   474240, 480483, 480452, 474223, 484357, 484371, 485027, 489565, 485228, 485229, 482141, 481319, 481385, 481347, 490255, 482185, 489804, 482215, 481373, 490325.
The forged invoices total **$13,615.00**

      2.     Attached hereto is the front and back of City Fruit's check number 1394 for **$5,000.00** that was not included in calculating the plaintiff's claim.

      3.     In reviewing the invoices, local grown produce not qualifying for PACA amounts to **$8,195.00**.

      4.     City Fruit has additional adjustments due to shortage and spoilage in

GENTILE & DICKLER

Mary Jean Fassett, Esq.
March 5, 2003
Page 2

the amount of **$5,950.00**.

5.    Lastly, produce was returned in the amount of **$62.20**.

The total deduction listed above amounts to **$32,922.20**.  The defendant will settle the case forthwith for **$2,500.00**.

Please contact me at your earliest convenience in order to resolve this matter.

Very truly yours,

Paul T. Gentile

PTG:ah
Enc.
cc:    John Falcone