IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

United States District Court
District of Connecticut
FILED AT    NEW HAVEN
11/10 2003
Kevin F. Rowe, Clerk
By P. A. Villano
Deputy Clerk

| | |
|---|---|
| STEPHEN F. GRAY, ASSIGNEE, <br> WILLIAM DUBINSKY & SONS, INC. <br> d/b/a DUBINSKY, MUSTO & PARMALEE, <br><br> Plaintiff, <br><br> v. <br><br> CITY FRUIT & PRODUCE CO., LLC., <br> et al., <br><br> Defendants. | : <br> : <br> : <br> : <br> : Civil No. 302CV01950 PCD <br> : <br> : <br> : |

### PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

COMES NOW plaintiff, Stephen F. Gray, Assignee, William Dubinsky & Sons, Inc. d/b/a Dubinsky, Musto & Parmalee, by and through counsel, and pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 9, moves for the entry of summary judgment against defendants, City Fruit & Produce Co., LLC, and John Falcone, on the grounds that there is no genuine dispute as to any material fact and plaintiff is entitled to judgment as a matter of law. In support thereof, plaintiff respectfully refers the Court to the Local Rule 9 (c) (1) Statement, the Affidavit of Stephen F. Gray attached thereto as Exhibit A, and the Memorandum of Law filed herewith.

WHEREFORE, Plaintiff respectfully requests that its Motion for Summary Judgment be granted and that judgment be entered in favor of plaintiff and against defendants, City Fruit & Produce Co., LLC, and John Falcone, jointly and severally, in the amount of $36,137.18.

Respectfully submitted,

BERDON, YOUNG & MARGOLIS, PC

_____
Stuart A. Margolis, #CT08803
Peter A. Berdon, #CT09573
132 Temple Street
New Haven, CT 06510
(203) 772-3740

and

McCARRON & DIESS

_____
Mary Jean Fassett, #CT 10925
4910 Mass. Ave., NW #18
Washington, D.C. 20016
(202) 364-0400

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Plaintiff's Motion for Summary Judgment, Statement of Material Facts as to Which There is No Genuine Dispute, Memorandum of Law, and proposed Order, were mailed, postage prepaid, this 25 day of September, 2003, to Gary S. Fish, 57 Carroll Road, Hamden, CT 06517, and Paul T. Gentile, Esq., Gentile & Dickler, 15 Maiden Lane, New York, NY 10038.

_____
Stuart A. Margolis, Esq.
CT 08803