IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

United States District Court
District of Connecticut
FILED AT    NEW HAVEN

11 10                      2003
Kevin F. Rowe, Clerk

By. P. Q. Villano
Deputy Clerk

STEPHEN F. GRAY, ASSIGNEE          :
WILLIAM DUBINSKY & SONS, INC. d/b/a
DUBINSKY, MUSTO & PARMALEE,        :

                Plaintiff          : Civil No. 302CV01950PCD

    v.                             :

CITY FRUIT & PRODUCE CO., LLC, et al.,    :

                Defendants.        :


### PLAINTIFF'S LOCAL RULE 9 (c) (1) STATEMENT

Plaintiff, Stephen F. Gray, Assignee, William Dubinsky & Sons, Inc. d/b/a

Dubinsky, Musto & Parmalee, by and through counsel, and pursuant to Local Rule 9,

submits the following statement of material facts as to which there is no genuine issue:

    1.    Plaintiff was a corporation engaged in the business of buying and selling

wholesale quantities of perishable agricultural commodities in interstate commerce

during the period of time at issue.  See Affidavit of Stephen F. Gray, attached hereto as

Exhibit A.

    2.    Plaintiff sold and delivered to defendants in interstate commerce various

wholesale lots of produce worth $36,137.18 of which $36,137.18 remains unpaid.  Id.;

see Plaintiff's First Request for Admissions to Defendants, no. 3, attached hereto as

Exhibit B.

    3.    Defendants accepted said produce.  Exhibit A;  Exhibit B, Plaintiff's First

Request for Admissions to Defendants, no. 3.

4.     Plaintiff preserved its interests under the trust provisions of the PACA by Sending invoices to defendants which contained the language required by 7 U.S.C. 499e(c)(4) and is presently owed $36, 137.18.  Exhibit A; see Exhibit B, Plaintiff's First Request for Admissions to Defendants, nos. 2 and 5.

5.     Defendant John Falcone was the sole officer and principal of City Fruit responsible for its day-to-day operations, a signatory on City Fruit's bank account(s), and in a position to control the PACA trust assets belonging to plaintiff.  Exhibit B, Plaintiff's First Request for Admissions to Defendants, no. 7.; see also copy of defendant City Fruit's PACA license attached hereto as Exhibit C.

Respectfully submitted,

BERDON, YOUNG & MARGOLIS, PC

Stuart A. Margolis, #CT08803
Peter A. Berdon, #CT09573
132 Temple Street
New Haven, CT 06510
(203) 773-3740

and

McCARRON & DIESS

Mary Jean Fassett, #CT10925
4910 Mass. Ave., NW #18
Washington, D.C. 20016
(202) 364-0400

Counsel for Plaintiff