IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

United States District Court
District of Connecticut
FILED AT        NEW HAVEN
11/10 2003
Kevin F. Rowe, Clerk
By P. A. Villano
Deputy Clerk

| | |
|---|---|
| STEPHEN S. GRAY, ASSIGNEE WILLIAM DUBINSKY & SONS, INC. d/b/a DUBINSKY, MUSTO & PARMALEE, : | |
| Plaintiff, : | Civil No. 302CV01950PCD |
| v. : | |
| CITY FRUIT & PRODUCE CO., LLC, et al., : | |
| Defendants. : | |

AFFIDAVIT OF STEPHEN S. GRAY
IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

STATE OF MASSACHUSETTS   :

COUNTY OF SUFFOLK   :

Stephen S. Gray, being duly sworn, deposes and says:

1. I am the court appointed Assignee of William Dubinsky & Sons, Inc. d/b/a Dubinsky, Musto & Parmalee ("Dubinsky"), and make this Affidavit in support of plaintiff's motion for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure.

2. I am an adult who, if called upon as a witness, would and could competently testify to all facts stated in this affidavit. The facts set forth in this affidavit are within my personal knowledge.

3. Dubinsky was a business located in Hartford, Connecticut which bought and sold wholesale quantities of perishable agricultural commodities (hereafter "produce") in interstate produce. Dubinsky was a produce dealer subject to and licensed under the Perishable Agricultural Commodities Act of 1930, as amended, 7 U.S.C. 499a *et seq.* (hereafter "PACA"). A copy of the PACA license certificate of Dubinsky is attached hereto as Exhibit 1.

4. I was appointed as Assignee of Dubinsky by court order entered December 15, 2000, in a proceeding styled as East Coast Brokers & Packers, Inc., et al., Plaintiffs, v. William Dubinsky & Sons, Inc., d/b/a Dubinsky Musto & Parmalee, et al., Defendants AND Domestic Mushroom Co., Inc. d/b/a Gourmet's Finest, et al., Plaintiffs v. William Dubinsky & Sons, Inc., d/b/a Dubinsky Musto & Parmalee, et al., Defendants, Civil Action No. :3:00-cv-2184 (JCH). At the time of my appointment as Assignee, the Dubinsky business records, including invoices and account statements, as well as the computerized data from which the records were prepared, were transferred to my possession and control.

5. My responsibilities as Assignee of Dubinsky include supervising collection of the accounts receivable for Dubinsky's sales of perishable agricultural commodities, including the account of City Fruit & Produce Co., LLC ("City Fruit") which is the subject of the present action. I have custody and control of the sales and accounts receivable records of Dubinsky as they relate to City Fruit, and am familiar with the manner in which those records were compiled.

6. Between September 15, 2000 and November 3, 2000, Dubinsky entered

into a series of transactions with City Fruit, whereby Dubinsky sold and delivered to City Fruit, wholesale amounts of produce worth $36,137.18. These commodities were grown, shipped and moved in or in anticipation of interstate commerce.

7. With each shipment, Dubinsky sent an invoice to City Fruit which contained the language required by 7 U.S.C. 499e(c)(4). True and correct copies of all the invoices sent to City Fruit are attached to the Complaint in this matter as Exhibit 1.

8. Upon my appointment as assignee, my staff, under my direction and supervision, made repeated demands for payment from City Fruit but no payment was ever received, and the outstanding balance due remains $36,137.18.

9. No provisional remedy has been secured or sought in this action, and no prior application has been made for the same or similar relief as is sought herein.

I do solemnly declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information and belief.

Stephen S. Gray, Assignee
William Dubinsky & Sons, Inc. d/b/a
Dubinsky, Musto & Parmalee

Subscribed and sworn to before me this 17th day of September, 2003.

Notary Public

My Commission Expires: May 30, 2008

**LICENSE CERTIFICATE**
(Issued Under the Perishable Agricultural Commodities Act — U.S.C. 499a – 499s)

U.S. DEPARTMENT OF AGRICULTURE
AGRICULTURAL MARKETING SERVICE
FRUIT & VEGETABLE DIVISION, P.A.C.A. BRANCH
LICENSE AND PROGRAM REVIEW SECTION
P.O. BOX 96456
WASHINGTON, DC 20090-6456

| 1. LICENSE NO. | 2. ANNIVERSARY DATE | 3. TYPE OF BUSINESS CODE | 4. NATURE OF BUSINESS CODE | 5. OWNERSHIP TYPE CODE | 6. NO. OF BRANCHES | Read "NOTICE TO LICENSEE" on reverse side |
|---|---|---|---|---|---|---|
| 770517 | 01/14/00 | 3 | 4 | C | 1 | |

DUBINSKY & SON INC WILLIAM
101 RESERVE RD
HARTFORD    CT   06114

**OFFICIAL LICENSE RECORD**

| LIMITED LIABILITY COMPANY OR CORPORATIONS ONLY | STATE IN WHICH INCORPORATED OR FORMED | DATE |
|---|---|---|
| | CT | 11/03/59 |

PRINCIPALS—OWNER, PARTNERS, OFFICERS, DIRECTORS, MEMBERS AND HOLDERS OF MORE THAN 10% OF STOCK

| NAME (LAST - FIRST - MIDDLE INITIAL) | SOCIAL SEC. NO. | CITY | STATE | TITLE | % OF STOCK |
|---|---|---|---|---|---|
| DUBINSKY DANIEL S | | | | S | |
| LEES NIGEL | | | | C EO | |
| PARKINSON RICHARD | | | | CFO | |
| SUNBLUSH TECH CORP THE | | | | SH | |
| WILGAR STEVE | | | | P | |
| | | | | | |
| MULTIPLE TRADE NAMES AND BRANCHES: | | | | | |
| D M P | | HARTFORD | CT | | |
| D M P FRESH CUT | | HARTFORD | CT | | |
| DUBINSKY MUSTO & PARMELEE | | HARTFORD | CT | | |
| MUSTO & PARMELEE | | HARTFORD | CT | | |

This is to certify that the above is licensed under the Perishable Agricultural Commodities Act, 1930, to handle fresh and frozen fruits and vegetables as a commission merchant and/or dealer, and/or broker as defined in said Act until such time as this license is suspended, revoked, canceled or terminated.

FV-231
(08-95)
CG: HFDL

JAN 14 1999

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

STEPHEN F. GRAY, ASSIGNEE,  :
WILLIAM DUBINSKY & SONS, INC.  :
D/B/A DUBINSKY, MUSTO & PARMALEE  :
:
Plaintiff,  :
:
v.  : Civil No. 302CV01950 PCD
:
CITY FRUIT & PRODUCE CO., LLC., et al.  :
:
Defendants.  :

## PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS TO DEFENDANTS

To: City Fruit & Produce Co., LLC and John Falcone
c/o Gary S. Fish, Esq.
57 Carroll Road
Hamden, CT 06517

Plaintiff, Stephen F. Gray, Assignee, William Dubinsky & Sons, Inc. d/b/a Dubinsky, Musto & Parmalee, hereby serves and propounds pursuant to Rule 36 of the Federal Rules of Procedure, the following Request for Admissions to Defendants, City Fruit & Produce Co., LLC and John Falcone and requests that defendants, within thirty (30) days after the date of service hereof, separately and under oath answer each and every request.

### DEFINITIONS AND INSTRUCTIONS

1.  The term "Plaintiff" means William Dubinsky & Sons, Inc. d/b/a

Dubinsky, Musto & Parmalee, as well as its assignee, agents, employees, representatives, investigators, attorneys and all other persons acting for or on its behalf.

2. "You", "your" and "yourself" refer to the parties to whom the following requests are addressed, and their agents, representatives, officers, directors, affiliates, predecessors and successors in interest, including persons or entities outside of the United States.

3. The term "defendants" shall mean , and any of their employees, attorneys, agents, subagents, and representatives.

4. The term "Complaint" shall mean the most current Complaint filed by or on behalf of Plaintiff in this cause. The terms "Answer" and "Affirmative Defenses" shall mean the most current Answer or Affirmative Defenses, as the case may be, filed by or on behalf of Defendants in this cause.

5. The term "referring to", "reflecting", or "relating to" shall mean consisting of, referring to, describing, discussing, constituting, evidencing, containing, reflecting, mentioning, concerning, pertaining to, citing, summarizing, analyzing, or bearing any logical or factual connection with the matter discussed, whether directly or indirectly.

6. The terms "person" or "persons" shall include natural persons, firms, partnerships, associations, joint ventures, corporations, proprietorships, partnerships, and any other type of organization or legal entity.

7. "PACA" means the Perishable Agricultural Commodities Act, 1930, 7 U.S.C. §499a-t.

**REQUEST NO. 1:** During the time period September, 2000 to the present, you regularly dealt in the buying and selling of Produce in wholesale quantities and, as a result, qualify as a "dealer" under the PACA.

**Response:**

**REQUEST NO. 2:** The copies of invoices attached as Exhibit 3 to the Complaint are true and correct copies of invoices you received from Plaintiff for produce sold to you from September, 2000 through November, 2000.

**Response:**

**REQUEST NO. 3:** The signatures on the invoices attached as Exhibit 3 to the Complaint representing acceptance of delivery by City Fruit & Produce Co., LLC are true signatures of employees or agents of City Fruit & Produce Co., LLC.

**Response:**

**REQUEST NO. 4:** You failed to pay Plaintiff the full amount due as set forth in the invoices attached as Exhibit 3 to the Complaint for the produce sold to you from September, 2000 through November, 2000.

**Response:**

3

**REQUEST NO. 5:**  You currently owe Plaintiff the amount of $36,137.18 for the produce sold to you from September, 2000 through November, 2000.

**Response:**

**REQUEST NO. 6:**  Plaintiff properly preserved its trust rights under 7 U.S.C. 499e(c) of the PACA, and is a trust beneficiary of defendants.

**Response:**

**REQUEST NO. 7:**  Defendant John Falcone was and is an officer and member of City Fruit & Produce Co., LLC., and a signatory on the bank account for City Fruit & Produce Co., LLC.

**Response:**

Dated: May 22nd, 2003

McCARRON & DIESS

*[signature]*

Mary Jean Fassett, #10925
4910 Massachusetts Ave., N.W.
Suite 18
Washington, DC 20016
(202) 364-0400

BERDON, YOUNG & MARGOLIS, P.C.

*[signature]* /by MJF

Stuart A. Margolis, #08803
132 Temple Street
New Haven, CT 06510
(203) 772-3740
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent via facsimile and first-class mail, this 22nd day of May, 2003 to the following:

Gary S. Fish
57 Carroll Road
Hamden, CT 06517

Paul T. Gentile
Gentile & Dickler
15 Maiden Lane
New York, NY 10038

_/s/ Mary Jean Fassett_
Mary Jean Fassett

5



**United States Department of Agriculture**
Marketing and Regulatory Programs
Agricultural Marketing Service, F&V Programs
P.A.C.A. Branch, License Section
1400 Independence Avenue, SW MAIL STOP 0245
Washington, DC 20250-0245

May 28, 2003

**TO:** Dale E. Bynaker

**FROM:** Jane Servais, Head
License and Program Review Section
PACA Branch
202-720-2189

**SUBJECT:** City Fruit & Produce Co., LLC

As you requested, attached is a copy of City Fruit & Produce Co., LLC PACA license #2000 1130.



AMS - Agricultural Marketing Service
An Equal Opportunity Provider and Employer



| | U.S. DEPARTMENT OF AGRICULTURE<br>AGRICULTURAL MARKETING SERVICE<br>FRUIT & VEGETABLE PROGRAMS, P.A.C.A. BRANCH<br>LICENSE AND PROGRAM REVIEW SECTION<br>1400 INDEPENDENCE AVE SW<br>RM 2715-S, STOP 0245<br>WASHINGTON, DC 20250-0245 | LICENSE CERTIFICATE<br>(Issued Under the Perishable Agricultural<br>Commodities Act - 7 U.S.C. 499a - 499s) |
|---|---|---|

| 1. LICENSE NO. | 2. ANNIVERSARY DATE | 3. TYPE OF BUSINESS | 4. NATURE OF BUSINESS | 5. OWNERSHIP TYPE | 6. NO. OF BRANCHES |
|---|---|---|---|---|---|
| 20001130 | 04-21-2003 | FRESH FRUITS & VEGS | WHOLESALE DEALER | LIMITED LIABILITY COMPAN | 0 |

CITY FRUIT & PRODUCE LLC
622 MIGEON AVE
TORRINGTON    CT    06790-0000

BUS: 622 MIGEON AVE
TORRINGTON    CT    06790-0000

Phone:    Fax:    Email:

Read
*"NOTICE TO LICENSEE"*
*on reverse side*

*LICENSEE:*
*Please examine*
*this Certificate*
*for accuracy.*
*Report errors to*
*P.A.C.A. Office*
*at above address*

NOTICE TO LICENSEE - After verifying accuracy of stock ownership and reporting any errors, this column may be cut from the license.

| LIMITED LIABILITY COMPANY OR CORPORATION ONLY | STATE IN WHICH INCORPORATED OR FORMED | DATE INCORPORATED |
|---|---|---|
| | CONNECTICUT | 03-01-1999 |

PRINCIPALS -OWNERS, PARTNERS, OFFICERS, DIRECTORS, MEMBERS, AND HOLDERS OF MORE THAN 10% OF STOCK

| NAME (LAST - FIRST - MIDDLE INITIAL) | TITLE |
|---|---|
| FALCONE JOHN | MB |

COPY

This is to certify that the above is licensed under the Perishable Agricultural Commodities Act, 1930, to handle fresh and frozen fruits and vegetables as a commission merchant and/or dealer, and/or broker as defined in said Act until such time as this license is suspended, revoked or terminated.

FV-231
(10-02)
CO: HFDL

Robert C. Keeney

DEPUTY ADMINISTRATOR, FRUIT & VEGETABLE PROGRAMS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| STEPHEN F. GRAY, ASSIGNEE,<br>WILLIAM DUBINSKY & SONS, INC.<br>d/b/a DUBINSKY, MUSTO & PARMALEE,<br><br>       Plaintiff,<br><br>v.<br><br>CITY FRUIT & PRODUCE CO., LLC.,<br>et al.,<br><br>       Defendants. | :<br>:<br>:<br>:<br>:<br>: Civil No. 302CV01950 PCD<br>:<br>:<br>:<br>:<br>: |

**ORDER**

UPON consideration of Plaintiff's Motion for Summary Judgment, and any opposition thereto, and it appearing to the Court that there is no genuine issue as to any material fact and that plaintiff is entitled to judgment as a matter of law, it is, by the Court, this _____ day of _____, 2003,

**ORDERED**, that Plaintiff's Motion for Summary Judgment be, and is hereby, granted; and it is further,

**ORDERED**, that judgment in the amount of $36,137.18 be, and is hereby, entered in favor of plaintiff and against defendants, City Fruit & Produce Co., LLC and John Falcone, jointly and severally.

_____
JUDGE, U.S. District Court