UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

STEPHEN F. GRAY, ASSIGNEE, WILLIAM
DUBINSKY & SONS, INC., D/B/A DUBINSKY,
MUSTO & PARMALEE

    v.                              Civil No.  3:02 CV 1950 (PCD)

CITY FRUITY & PRODUCE CO., LLC AND
JOHN FALCONE

## JUDGMENT

This matter came on for consideration on the plaintiff's motion for summary judgment before the Honorable Peter C. Dorsey, Senior, United States District Judge.

The Court has reviewed all of the papers filed in conjunction with the motion and on December 2, 2003, entered a Ruling granting plaintiff's motion for summary judgment.

It is therefore ORDERED and ADJUDGED that summary judgment is entered for the plaintiff and the case is closed.

Dated at New Haven, Connecticut, this 3rd day of December, 2003.

                                            KEVIN F.  ROWE, CLERK
                                            By

                                            Patricia A. Villano
                                            Deputy Clerk

EOD: _____