IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
DEC 1 11 56 AM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

STEPHEN F. GRAY, ASSIGNEE,
WILLIAM DUBINSKY & SONS, INC.
D/B/A DUBINSKY, MUSTO & PARMALEE

  Plaintiff,

: Case No. 302CV01950PCD

CITY FRUIT & PRODUCE CO., LLC., et al.

  Defendants.

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Section A to the Trial Memoranda was mailed, postage prepaid, this 26th day of November, 2003, to Gary S. Fish, 57 Carroll Road, Hamden, CT 06517, and Paul T. Gentile, Esq., Gentile & Dickler, 15 Maiden Lane, New York, NY 10038.

_____
Mary Jean Fassett