UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

STEPHEN F. GRAY, ASSIGNEE, WILLIAM
DUBINSKY & SONS, INC., D/B/A DUBINSKY,
MUSTO & PARMALEE

      v.                                          Civil No.  3:02 CV 1950 (PCD)

CITY FRUIT & PRODUCE CO., LLC AND
JOHN FALCONE

## AMENDED JUDGMENT

The Judgment entered in this case on December 4, 2003 is hereby amended as follows:

This matter came on for consideration on the plaintiff's motion for summary judgment before the Honorable Peter C. Dorsey, Senior, United States District Judge.

The Court has reviewed all of the papers filed in conjunction with the motion and on December 2, 2003, entered a Ruling granting plaintiff's motion for summary judgment against the defendant City Fruit & Produce Co., LLC, in the amount of $36,137.18 and against the defendant John Falcone, secondarily for whatever amount of the $36,137.18 that is not recoverable from the defendant City Fruit & Produce Co., LLC.

It is therefore ORDERED and ADJUDGED that summary judgment is entered for the plaintiff and against the defendant City Fruit & Produce Co., LLC, in the amount of $36,137.18 and against the defendant John Falcone, secondarily for whatever amount of the $36,137.18 that is not recoverable from the defendant City Fruit & Produce Co., LLC, and the case is closed.

Dated at New Haven, Connecticut, this 15th day of December, 2003.

                                                      KEVIN F.  ROWE, CLERK
                                                      By

EOD: _____                    Patricia A. Villano
                                                      Deputy Clerk