UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Stephen F. Gray, Assignee William
Dubinsky & Sons, Inc. dba Dubinsky
Musto & Parmalee

vs.

City Fruit & Produce Co., LLC
et al

CIVIL ACTION NO. 302CV01950 PCD

## MOTION FOR APPOINTMENT OF PERSON TO SERVE PROCESS

Plaintiff moves this Court to appoint __Frank Baldo__, a qualified person over eighteen (18) years of age, residing in __North Branford__, Connecticut, and not a party to or attorney in this action to serve papers, other than the summons and complaint, in the above-entitled action for the reason that the United States Marshal's Office no longer makes service of private process. (See Rule 4, F.R.Civ.P.)

Dated at __New Haven__, Connecticut, this __18__ day of __March, 2004__.

_____
Attorney for Plaintiff

STUART A. MARGOLIS
Berdon, Young & Margolis, P.C.
Its Attorney
132 Temple Street
New Haven, CT 06510
Tel: (203) 772-3740

CT 08803

SO ORDERED.

KEVIN F. ROWE, CLERK

By: _____
    Deputy Clerk

Dated: 3/24/04

FILED Mar 24 10 43 AM '04 U.S. DISTRICT COURT NEW HAVEN, CONN

Procedure\process.apt\Rev.9/99