IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

Jun 29  2 25 PH '04

U.S. DISTRICT COURT
NEW HAVEN, CONN

|  |  |  |
|---|---|---|
| STEPHEN F. GRAY, ASSIGNEE | : | |
| WILLIAM DUBINSKY & SONS, INC. | : | |
| d/b/a DUBINSKY, MUSTO & PARMALEE | : | |
| Plaintiff, | : | |
| | : | Civil No. 302CV01950PCD |
| v. | : | |
| | : | |
| CITY FRUIT & PRODUCE CO., LLC, | : | |
| et al | : | |
| Defendants. | : | |
| | | JUNE 24, 2004 |

## PETITION FOR EXAMINATION OF JUDGMENT DEBTOR and MOTION FOR DISCLOSURE OF ASSETS

The Plaintiff, STEPHEN GRAY, ASSIGNEE OF WILLIAM

DUBINSKY & SONS, Inc., hereby petitions this honorable court to order that

Defendants CITY FRUIT AND PRODUCE CO, LLC and JOHN FALCONE

appear before the Court, in accordance with the attached proposed order, to be

examined under oath concerning any property and means of paying the judgment

rendered against said Defendants and, further, that said Defendants provide

complete statements, made under oath, of their respective assets and liabilities. In

support of this petition, the Plaintiff represents the following:

1.      That the Plaintiff obtained a judgment against the Defendants in the amount

of $36, 137.18;

2.      That a bank execution was issued on this judgment which was returned

partially satisfied;

3.    That $28,393.59 of the judgment remains uncollected, exclusive of post

judgment interest and costs.

  WHEREFORE, the Plaintiff respectfully asks this honorable Court order the

Defendants to be examined and disclose all of their respective assets, in accordance

with the attached proposed order.

<div style="margin-left: 40%;">

THE PLAINTIFF:
STEPHEN GRAY, ASSIGNEE
WILLIAM DUBINSKY & SONS, INC.
d/b/a DUBINSKY, MUSTO & PARMALEE


By:_____
      STUART A. MARGOLIS,
      His Attorney
      Berdon, Young & Margolis, P.C.
      132 Temple Street
      New Haven, CT  06510
      Tel: (203)772-3740
      Federal Bar No. 08803

</div>

## **ORDER**

The foregoing Motion, having been heard, it is hereby ORDERED:

GRANTED/DENIED, and the Defendants CITY FRUIT AND PRODUCE CO,

LLC and JOHN FALCONE appear before this Court, located at 141 Church Street,

New Haven, Connecticut, Courtroom ＿＿＿＿＿, on the ＿＿th day of ＿＿＿＿＿,

2004 at ＿＿＿＿ ＿＿.m., to be examined concerning any property or means to pay

the judgment entered against said defendant. It is further ORDERED:

GRANTED/DENIED that said Defendants provide, at the aforesaid time and

place, complete statements, made under oath, of their respective  assets and

liabilities.

BY THE COURT,

DATED: ＿＿＿＿＿＿＿＿＿＿＿＿＿

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

Judge/Assistant Clerk