UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

STEPHEN F. GRAY, ASSIGNEE WILLIAM
DUBINSKY & SONS, INC., D/B/A DUBINSKY,
MUSTO & PARMALEE

    vs                                  CIVIL NO. 3:02CV1950 (PCD)

CITY FRUIT & PRODUCE CO., LLC., ET AL

## ORDER TO SHOW CAUSE

ORDERED that Defendants, City Fruit & Produce Co., LLC and John Falcone, appear before the undersigned at the United States District Courthouse, 141 Church Street, New Haven, CT 06510, on the 20th day of September, 2004, at 9:00 a.m. to be examined under oath concerning any property and means of paying the judgment rendered against said Defendants, and further, that said Defendants provide complete statements, made under oath, of their respective assets and liabilities.

SO ORDERED.

Dated at New Haven, Connecticut, this 31st day of August, 2004.

                                          /s/
                                          Peter C. Dorsey, Senior, U. S. District Judge