UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
SEP 21  10 10 AM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

STEPHEN F. GRAY, ASSIGNEE WILLIAM
DUBINSKY & SONS, INC., D/B/A DUBINSKY,
MUSTO & PARMALEE

vs                                              CIVIL NO. 3:02CV1950 (PCD)

CITY FRUIT & PRODUCE CO., LLC, ET AL

### ORDER TO SHOW CAUSE

ORDERED that the Defendants, City Fruit & Produce Co., LLC and John Falcone, appear before the undersigned at the United States District Courthouse, 141 Church Street, New Haven, CT 06510, Courtroom One – New Haven, on the 1st day of October, 2004, at 9:00 A.M. to be examined under oath concerning any property and means of paying the judgment rendered against said Defendants, and further, that said Defendants provide complete statements, made under oath, of their respective assets and liabilities; and it is further

ORDERED that the Defendants file a written statement with this Court on or before Thursday, September 23, 2004 at 5:00 P.M., to show cause why Defendants, City Fruit & Produce Co., LLC and John Falcone, should not be held in contempt of court for failure to appear at a hearing on Order to Show Cause which was scheduled for September 20, 2004 at 9:00 A.M. at the United States District Court, 141 Church Street, New Haven, Connecticut; and it is further

ORDERED that the Defendants show cause as to why a Capias should not be issued for failure to appear, such written statement being filed on or before Thursday, September 23, 2004 at 5:00 P.M. with the United States District Court, 141 Church Street, New Haven, Connecticut, with a copy to counsel.

SO ORDERED.

Dated at New Haven, Connecticut, this 7th day of September, 2004.

Peter C. Dorsey, Senior, U.S. District Judge