Stip

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
Oct 4 4 17 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

STEPHEN F. GRAY, ASSIGNEE,
WILLIAM DUBINSKY & SONS, INC.
d/b/a DUBINSKY, MUSTO & PARMALEE,

Plaintiff,

Civil No. 302CV01950 PCD

vs.

CITY FRUIT & PRODUCE CO., LLC, et al.,

Defendants.

## STIPULATION OF SETTLEMENT

The Plaintiff, Stephen Gray, Assignee of William Dubinsky & Sons, Inc., and the Defendants, City Fruit and Produce Co., L.L.C. and John Falcone, by and through their undersigned counsel, hereby stipulate that this matter has been settled, and request that all proceedings concerning this matter be continued for thirty (30) days in order to allow settlement to be consummated, at which time a Stipulation of Dismissal and Notice of Satisfaction of Judgment will be filed.

Executed this 30th day of September, 2004.

GENTILE & DICKLER

*(signature)*

Paul T. Gentile (CT 24361)
261 Madison Avenue, 25th Floor
New York, New York 10016
(212) 619-2700
Counsel for Defendants

BERDON, YOUNG & MARGOLIS, PC

*(signature)*

Stuart A. Margolis (CT 08803)
132 Temple Street
New Haven, CT 06510
(203) 772-3740
Counsel for Plaintiffs