IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

STEPHEN F. GRAY, ASSIGNEE,
WILLIAM DUBINSKY & SONS, INC.
d/b/a DUBINSKY, MUSTO & PARMALEE,

    Plaintiff,

vs.

CITY FRUIT & PRODUCE CO., LLC, et al.,

    Defendants.

Civil No. 302CV01950 PCD



## NOTICE OF SATISFACTION AND RELEASE OF ORDER AND JUDGMENT AND DISMISSAL WITH PREJUDICE

To the Court Clerk:

Plaintiff, Stephen F. Gray, Assignee, William Dubinsky & Sons, Inc. d/b/a Dubinsky, Musto & Parmalee, hereby acknowledges payment from Defendants as full and complete satisfaction of the Judgment entered in this case on December 16, 2003, and hereby releases same and requests dismissal of this action as to all defendants with prejudice.

Dated this 26th day of October, 2004

McCARRON & DIESS

_____
Mary Jean Fassett, #10925
4900 Massachusetts Ave., N.W.
Suite 310
Washington, DC 20016
(202) 364-0400

BERDON, YOUNG & MARGOLIS, P.C.

_____
Stuart A. Margolis, #08803 /by MJF w/ permission
132 Temple Street
New Haven, CT 06510
(203) 772-3740
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing was sent via first-class mail, this 26th day of October, 2004 to the following:

Gary S. Fish
57 Carroll Road
Hamden, CT 06517

Paul T. Gentile
Gentile & Dickler
15 Maiden Lane
New York, NY 10038

_Mary Jean Fassett_
Mary Jean Fassett